

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00906-CV

David **MAUK**,
Appellant

v.

**PIPE CREEK WATER WELL, LLC** and Robert Rae Powell,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00386
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellees' motion to strike Appendix 2 to Appellant's brief is MOOT. Costs of this appeal are taxed against David Mauk.

SIGNED May 20, 2015.

_____
Patricia O. Alvarez, Justice